UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELONG, INC.,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-01990-JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE [Reassigned Case]**<br><br>Re: Dkt. No. 75 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to Magistrate Judge Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **March 4, 2026, at 2:00 PM by Zoom videoconference. Zoom Webinar ID: 161 926 0804. Passcode: 050855.**

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than 2/25/2026.  If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**."  Chambers copies should be emailed to JCSPO@cand.uscourts.gov

IT IS SO ORDERED.

Dated: February 3, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California