UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BELONG, INC.,

    Plaintiff,

  v.

NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,

    Defendants.

Case No.  25-cv-01990-JCS

**ORDER GRANTING MOTION FOR LEAVE TO FILE COUNTERCLAIM**

Re: Dkt. No. 92

On May 14, 2026, the Court denied Defendants' Motion to Enforce Settlement Agreement. Dkt. no. 84.  On May 28, 2026, Defendant Scottsdale Indemnity Company ("Scottsdale") filed the instant Motion for Leave to File a Counterclaim ("Motion"), dkt. no. 92, which is unopposed. Given the early stage of the case and the Court's previous order in which it held that answers to Belong's Amended Complaint would not be due until 14 days after a decision on Defendants' Motion to Enforce Settlement, *see* dkt. no. 68, the Court GRANTS the Motion pursuant to Fed.R.Civ.P. 15(a)(2).

  **IT IS SO ORDERED.**

Dated: June 25, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge